IN THE MATTER OF HAROLD I. GARBER, AN
ATTORNEY AT LAW.

July 24, 1985.

ORDER

This matter having been duly considered by the Court, it is
ORDERED that the petition of HAROLD I. GARBER, who was
admitted to the Bar of this State in 1967, of ATLANTIC CITY,
for restoration to the practice of law is granted.

IN THE MATTER OF ROBERT A. DEL SORDO, AN
ATTORNEY AT LAW.

July 24, 1985.

ORDER

This matter having been duly considered by the Court, it is
ORDERED that the petition of ROBERT A. DEL SORDO, who
was admitted to the Bar of this State in 1968, of RUNNE-
MEDE, for restoration to the practice of law is granted.